MEMO ENDORSED



# THOMAS AMBROSIO
ATTORNEY AT LAW

Member of NJ & NY Bars

December 10, 2019

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-11-19

RE: USA vs Christopher Lawrence
Indictment 18-cr-420

Dear Judge Carter:

By way of letter dated November 27, 2019 I requested that Christopher Lawrence's December 12, 2019 sentence be adjourned until mid- February 2020 to allow him to complete his GED. AUSA Christopher Clore consented to my request on behalf of the Government.

I have been preoccupied with various trials and neglected to work on Mr. Lawrence's sentencing memorandum, thinking that Your Honor would adjourn his December 12, 2019 sentence date. The Government has also not yet submitted its sentencing memorandum.

I am respectfully requesting that Your Honor adjourn Mr. Lawrence's December 12, 2019 sentence date so that I may adequately prepare for his sentencing.

I apologize for this late renewed request.

Respectfully submitted,

/s/Thomas Ambrosio
Thomas Ambrosio

cc: All counsel of record (via ECF)
Christopher Lawrence (via regular mail)

*Application granted. Sentencing adjourned to 2-13-20 at 12:00 p.m. So Ordered.*
*Andrew L. Carter*
*12-10-19*

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com