**MEMO ENDORSED**

# THOMAS AMBROSIO
### ATTORNEY AT LAW
Member of NJ & NY Bars

January 27, 2020

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-29-20
```

Hon. Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

    RE:    USA vs Christopher Lawrence
           Indictment 18-cr-420

Dear Judge Carter:

Your Honor graciously adjourned Christopher Lawrence's sentencing to February 13, 2020 to allow him to complete his GED. Unfortunately the new sentencing date causes a conflict for me. I have to appear before Judge Joseph Bianco, Circuit Judge in the EDNY, Central Islip on a multi-defendant death penalty case, USA v. Jonathan Hernandez, 16-cr-403 (JFB).

I respectfully request that Your Honor adjourn Mr. Lawrence's sentence to a date and time available to the Court.

I have spoken to AUSA Christopher Clore and he consents to my request for adjorment.

                         Respectfully submitted,

                         /s/Thomas Ambrosio
                         Thomas Ambrosio

*The application is granted. Sentencing adjourned to 2-19-20 at 12:00 p.m.*

*So Ordered*
*/s/ Andrew L. Carter*
*1-29-20*

cc:    All counsel of record (via ECF)
        Christopher Lawrence (via regular mail)

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com