MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____ 19
DATE FILED: 2-19-20



# THOMAS AMBROSIO
### ATTORNEY AT LAW
Member of NJ & NY Bars

February 14, 2020

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    USA vs Christopher Lawrence
                Indictment 18-cr-420

Dear Judge Carter:

Sentencing for this matter is scheduled for February 20, 2020. I am prepared for sentencing, however, I just received an email from Mr. Lawrence requesting a 4 month postponement of his sentence because he was recently accepted into the Focus Forward Program at the MCC.

I contacted AUSA Christopher Clore about my client's request and on behalf of the Government he has not objections since Mr. Lawrence is in custody.

Your Honor's consideration of this sentencing adjournment request is greatly appreciated.

Respectfully submitted,

/s/Thomas Ambrosio
Thomas Ambrosio

*Application granted. Sentencing adjourned to 5-29-20 at 11:30 a.m. So Ordered.*
*/s/ Andrew L. Carter*
*2-19-20*

cc:    All counsel of record (via ECF)
        Christopher Lawrence (via corrlinks)

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com