**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
  UNITED STATES OF AMERICA       :
                                    :

             -against-        :     **18-CR-420 (ALC)**
                                    :
                                    :     <u>**ORDER**</u>
  CHRISTOPHER LAWRENCE,       :
                                    :
                     Defendants.  :
                                    :

-------------------------------------------------------------x
**ANDREW L. CARTER, JR., United States District Judge:**

      The May 29, 2020 sentencing is adjourned to **July 16, 2020** at **10:30 a.m.**

**SO ORDERED.**

**Dated: May 22, 2020**
        **New York, New York**

_____
  **ANDREW L. CARTER, JR.**
  **United States District Judge**