USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                        **ORDER**
                                    18-CR-420 (ALC)

        -v-

Christopher Lawrence,

                Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The July 16, 2020 sentencing is adjourned to **September 15, 2020** at **11:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
         July 9, 2020

                                              _____
                                              ANDREW L. CARTER, JR.
                                              **UNITED STATES DISTRICT JUDGE**