USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/11/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**United States of America,**

                              **ORDER**
                              **18-CR-420 (ALC)**

       -against-

**Christopher Lawrence,**
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The Sentencing scheduled for September 15, 2020 is adjourned to **October 22, 2020** at **11:30 a.m.**

    SO ORDERED.

Dated: New York, New York
       September 11, 2020

                                                        */s/ Andrew L. Carter, Jr.*
                                                **ANDREW L. CARTER, JR.**
                                                **UNITED STATES DISTRICT JUDGE**