**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/21/20__

# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

October 20, 2020

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    RE:    USA vs Christopher Lawrence
              Indictment 18-cr-420

Dear Judge Carter:

    Sentencing for this matter is scheduled for October 22, 2020. Mr. Lawrence is respectfully requesting that his sentence be postponed until a time that he can be sentenced in-person and without the requirement that he spend 2-weeks in quarantine after being produced in court. He is not willing to waive his physical presence at his sentencing.

    AUSA Christopher Clore consents to the above, on behalf of the Government.

    Your Honor's consideration of this sentencing adjournment request is greatly appreciated.

    Respectfully submitted,
    /s/Thomas Ambrosio
    Thomas Ambrosio

cc:    All counsel of record (via ECF)
        Christopher Lawrence (via CorrLinks)

**The application is granted. Sentencing adjourned to March 18, 2021 at 10 a.m. So Ordered.**

*/s/ Andrew L. Carter*
10/21/20

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com