MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/16/21



# THOMAS AMBROSIO
### ATTORNEY AT LAW
Member of NJ & NY Bars

March 12, 2021

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    USA vs Christopher Lawrence
                 Indictment 18-cr-420

Dear Judge Carter:

    Sentencing for the above referenced matter is scheduled for March 18, 2021. I've been unable to meet with Mr. Lawrence in-person to prepare for sentencing due to COVID related issues, therefore I am requesting that his sentencing hearing be postponed for at least 30 days and to a date when Your Honor can sentence Mr. Lawrence in-person.

    I contacted AUSA Christopher Clore about my client's request and he does not object.

    Your Honor's consideration of this request is greatly appreciated.

                             Respectfully submitted,

                             /s/Thomas Ambrosio
                             Thomas Ambrosio

cc:    All counsel of record (via ECF)
       Christopher Lawrence (via corrlinks)

**The application is GRANTED.
Sentencing adjourned to
6/11/21 at 12:00 p.m.
So Ordered.**

*/s/ Andrew L. Carter*
3/16/21

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com