USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-4-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                          **ORDER**
                                                          18-CR-420 (ALC)

           -against-

Christopher Lawrence,
-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

       The sentencing scheduled for June 11, 2021 is adjourned to **June 22, 2021** at **2:00 p.m.**

       **SO ORDERED.**

Dated: New York, New York
       June 4, 2021

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **UNITED STATES DISTRICT JUDGE**